# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 90 DB 2019  (No. 65 RST 2019) |
| | : | |
| | : | |
| JEFFREY MARK SNYDER | : | Attorney Registration No.  60932 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM ADMINISTRATIVE SUSPENSION | : | (Philadelphia) |

## O R D E R

**PER CURIAM**

    **AND NOW**, this 23rd day of July, 2019, the Report and Recommendation of Disciplinary Board Member dated July 15, 2019, is approved and it is ORDERED that Jeffrey Mark Snyder, who has been on Administrative Suspension, has never been suspended or disbarred, and has demonstrated that he has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.